# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

**TRAVIS ALEXANDER,**

        Plaintiff,                  Case No. 18-CV-00157

vs.                                          Hon. Robert J. Jonker

**MOTIONS, LLC & MIKE**           Magistrate Judge Timothy P. Greeley
**KOSKINIEMI, individually,**

        Defendants.

---

Sandra Hanshaw Burink (P68619)        CLARK HILL PLC
501 Hillside Drive                               Christopher M. Trebilcock (P62101)
Marquette, MI 49855                     Daniel A. Krawiec (P78783)
(906) 273-1551                                   500 Woodward Avenue, Suite 3500
shburink@hb-lawoffices.com            Detroit, MI  48226
*Attorney for Plaintiff*                       (313) 309-9497 Phone
                                                    (313) 309-6979 Fax
                                                    ctrebilcock@clarkhill.com
                                                    dkrawiec@ClarkHill.com
                                                    *Attorneys for Defendants*

---

## **STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

     This matter comes before the Court pursuant to the Parties' notification that they have settled this matter.

     **WHEREAS**, on September 17, 2018, Plaintiff filed an amended complaint against Defendants, alleging claims under the Fair Labor Standards Act ("FLSA") and state defamation law;

**WHEREAS**, on October 12, 2018, Defendants answered the amended complaint and denied all liability, including but not limited to because Defendants contend Plaintiff was paid for all hours worked and was exempt from the overtime requirements of the FLSA, as well as because Defendants deny any defamation occurred;

**WHEREAS**, the Parties reached a global settlement of all claims and agree that this matter should be dismissed with prejudice, with each side to bear their own fees and costs unless otherwise agreed, and the settlement reached by the Parties, which the Court approves, is fair and a reasonable compromise of all claims, including the FLSA claims; and

**WHEREAS**, the Court has reviewed the record and is otherwise familiar with this matter.

**IT IS THEREFORE ORDERED** that this case is dismissed with prejudice, with each side to bear their own fees and costs unless otherwise agreed.  The Clerk of Court is directed to close this matter.

_____
ROBERT J. JONKER
CHIEF UNITED STATES
DISTRICT COURT JUDGE

Dated: _____

**Stipulated as to form and substance:**

By:  s/Sandra Dawn Hanshaw Burink          By:  s/Daniel A. Krawiec

2

<table>
<tr><td>

 (w/consent)  
Hanshaw Burink PLC  
501 Hillside Drive  
Marquette, MI 49855  
(906) 273-1551  
shburink@hb-lawoffices.com  

*Attorney for Plaintiffs*

</td><td>

Christopher M. Trebilcock (P62101)  
Daniel A. Krawiec (P78783)  
Clark Hill PLC  
500 Woodward Avenue, Ste 3500  
Detroit, MI  48226  
Tel: (313) 965-8575  
Fax: (313) 309-6979  
ctrebilcock@clarkhill.com  
dkrawiec@clarkhill.com  
*Attorneys for Defendants*

</td></tr>
</table>